UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bernell Antwon Grant, | Case No. 14-cv-4589 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Darryl Quirram, M.D.; Gene Kliber, P.A.; Robin Ouellette, R.N.; and Centurion of Minnesota, | |
| Defendants. | |

This matter is before the Court on the June 23, 2016 Report and Recommendation of United States Magistrate Judge Becky R. Thorson.  (Dkt. 59.)  No objections to the Report and Recommendation have been filed in the time period permitted.[1]

Based on the Report and Recommendation of Magistrate Judge Thorson and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. Magistrate Judge Thorson's June 23, 2016 Report and Recommendation, (Dkt. 59), is **ADOPTED**;

---

[1]  The United States Postal Service twice returned the R&R mailed to Plaintiff Bernell Antwon Grant's last known address as undeliverable.  The Clerk of Court also telephoned and e-mailed Grant using the most recent information it had in an attempt to get Grant's updated contact information.  (Dkt. 65.)  As of July 25, 2016, the Clerk of Court indicated that Grant had not provided the Court with updated information.  The Court will no longer wait for Grant to update his contact information.  *See Passe v. City of New York*, No. CV 02-6494, 2009 WL 290464, at *4 (E.D.N.Y. Jan. 5, 2009) (explaining that it is a plaintiff's responsibility to provide updated contact information to ensure the timely receipt of case-related communications).

      2.      Defendant Robin Ouellette's motion for summary judgment, (Dkt. 32), is **GRANTED**;

      3.      Defendants Centurion of Minnesota, Dr. Darryl Quiram[2] and Gene Kliber's motion for summary judgment, (Dkt. 39), is **GRANTED**; and

      4.      Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 8, 2016                             s/Wilhelmina M. Wright
                                                                   Wilhelmina M. Wright
                                                                   United States District Judge

---

[2]     Dr. Quiram's surname is misspelled in Grant's pleadings.